**M&G**

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 29, 2021

**SO ORDERED**

JUL 2 9 2021

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**TRAVEL REQUEST:**
United States v. Carolyn Sosa
Case No. 18 CR 504-(GBD)

Your Honor:

We submit this letter as a travel request to the Dominican Republic on behalf of Ms. Carolyn Sosa. In January of 2021 we requested that Ms. Sosa be permitted to travel from January 21, 2021 to January 27, 2021 to visit her terminally ill grandmother in Santiago, Dominican Republic. Unfortunately, Ms. Sosa's grandmother passed away this week. The death certificate is enclosed.

We request Ms. Sosa be permitted to travel to attend her grandmother's funeral Friday July 30, 2021 returning August 3, 2021. Ms. Sosa will be staying with a family member at 18 St Parte Atras Casa 32 Yaquita de Pastor, Santiago, Dominican, Republic, 51122. Ms. Sosa's post release supervision officer, Ms. Zondra, consents to this request.

Encl. Death Certificate

/s/Matthew D. Myers
Counsel for Ms. Sosa

N • Y • C