UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

       -against-

CAROLYN SOSA,

               Defendant.

------------------------------------- x

<u>ORDER</u>

18 Cr. 504-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the above-captioned case.

Dated: March 22, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge